IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES HOPKINS,

    Plaintiff,

v.

UNITED PARCEL SERVICE (UPS), and
DOES 1 through 50, inclusive,

    Defendants.

No. C 06-00052 WHA

**ORDER DENYING STAY**

    The request to stay is **DENIED**. Six months is way too long. Almost all civil actions involve parallel settlement discussions. So too here. There is no compelling reason to predict that a stay will contribute in a major way to resolving this case, much less a stay of six months.

**IT IS SO ORDERED.**

Dated: March 13, 2006.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE