1  SCOTT A. LEWIS (SBN: 149094)
   PERRY, JOHNSON, ANDERSON,
2  MILLER & MOSKOWITZ, LLP
   438 First Street, Fourth Floor
3  Santa Rosa, CA 95401
   Telephone: (707) 525-8800
4  Facsimile: (707) 545-8242

5  Attorney for Plaintiff JAMES HOPKINS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES HOPKINS, | CASE NO. C-06-0052-WHA |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER |
| vs. | |
| UNITED PARCEL SERVICE (UPS) and DOES 1 through 50, inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED BY THE PARTIES that the amount of Twenty-nine Thousand Dollars ($29,000.00) for attorney's fees and costs shall be payable by defendant UNITED PARCEL SERVICE to plaintiff's attorneys, PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ LLP, in accordance with the Court's Order of January 8, 2007, after a conference between counsel on February 21, 2007. Said payment will be made within ten (10) days of the date of this stipulation.

IT IS FURTHER STIPULATIED that, In accordance with the Judgment filed on January 8, 2007, the sum of $26,147.54 shall be paid to plaintiff, James Hopkins, by defendants within ten days of the date of this stipulation.

DATED: February 26, 2007           PERRY, JOHNSON, ANDERSON,
                                   MILLER & MOSKOWITZ LLP

                                   BY: /s/ Scott A. Lewis
                                   SCOTT A. LEWIS
                                   Attorneys for Plaintiff JAMES HOPKINS

**Order re Attorney's Fees and Costs**
**C-06-0052**

1  DATED: February 26, 2007                    PAUL, HASTINGS, JANOFSKY
2                                                 & WALKER LLP
3                                              BY: Jennifer A. Blackstone
                                                  JENNIFER A. BLACKSTONE
4
5          PURSUANT TO STIPULATION, IT IS SO ORDERED.
6
7  DATED: February 27, 2007
                                                _____
8                                               WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE

**Order re Attorney's Fees and Costs**
**C-06-0052**